## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Gusto Packing Co., Inc., | ) | |
| an Illinois Corporation | ) | |
| | ) | FILED: JUNE 3, 2008 |
| Plaintiff | ) | No. 08CV3208      TG |
| | ) | JUDGE ANDERSEN |
| vs | ) | MAGISTRATE JUDGE NOLAN |
| | ) | |
| Tyson Foods, Inc., | ) | |
| a Delaware Corporation | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT FOR**

**TRADEMARK INFRINGEMENT,**

**UNFAIR COMPETITION,**

**FALSE DESCRIPTION,**

**INJURY TO BUSINESS REPUTATION, AND**

**VIOLATION OF THE ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES ACT**

**DEMAND FOR JURY TRIAL**

Plaintiff Gusto Packing Co. Inc. ("Gusto") for its Complaint against Tyson Foods, Inc. ("Tyson"), alleges as follows:

### I.    THE PARTIES

1.    Gusto is a corporation of the State of Illinois with its principal place of business at 2125 Rochester Drive, Montgomery Illinois 60538, in this judicial district.

*Gusto Packing Co., Inc. v Tyson Foods, Inc.*                    *Complaint*
*Page 2 of 18*

2.      Upon information and belief, Tyson is a corporation of the State of

Delaware and has its principal place of business at 2210 West Oaklawn Drive,

Springdale, Arkansas 72764, at least one place of business in the City of Chicago, and

other places of business in this District.

## II.      JURISDICTION AND VENUE

3.      This is a complaint for Trademark Infringement, Unfair Competition, and

False Description arising under §§32 and 43 of the Lanham Act, 15 U.S.C. §§1114(1)

(Trademark Infringement) and §1125(a) and common law as well as violation of the

Illinois Deceptive Trade Practices Act 815 I.L.C.S. 510.

4.      This Court has subject matter jurisdiction over this action pursuant to 15

U.S.C. § 1121, 28 U.S.C. §§ 1331, 1338 and 1367.

5.      This Court has personal jurisdiction over the Defendant Tyson because of

Tyson's maintenance of a place of business in Chicago and elsewhere in this District,

Tyson's offer for sale and sale of infringing products and/or other products, directly or

through others, into and in this jurisdiction with the expectation that they will be

purchased and used by Illinois consumers in this district, and on information and belief,

because Defendant derives substantial revenue from its products sold in this district.

6.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and (c) in

that Tyson has a place of business in this District, Tyson has been conducting business in

this District.

### III.     <u>FACTUAL BACKGROUND</u>

7.     Ralph Caballero, Sr. began the business of Plaintiff Gusto in 1972 as a processor of pork, such as hams, poultry and other meat products.  The business was incorporated in 1974 under the name Gusto Packing Co., Inc.  Gusto is certified as a Minority Business Enterprise, being 100% Hispanic owned (Exhibit E Page 11 of 32). From its inception, the Hispanic market was the primary portion of Gusto's business and the Hispanic market is still a substantial portion of Gusto's business (see one of Gusto's labels presented in Spanish and English, Exhibit E Page 24 of 32, which is one of numerous Spanish and English labels that Gusto uses,  and Exhibit E Page 5 of 32). Gusto presently employs 300 people in its meat packing and distribution business.

8.     Gusto is a USDA licensed processor of pork and poultry (Exhibit E Page 12 to 14 of 32), and, since at least as early as 1972, has used the trademark "GUSTO," to identify its products to its customers by marking its products with the trademark "GUSTO" in various forms and with various other words and design elements, and has, since August 1991, sold these marked products in interstate commerce.

9.     On March 29, 1993, Gusto applied to register the mark "GUSTO and design" with the United States Patent and Trademark Office (the "PTO"), based on a first use in commerce of that particular logo form of the design mark of on or about August 1991.  First use of the mark GUSTO in another form was identified as December, 1972. The PTO approved the application and issued Certificate of Registration No. 1,878,749 in International Class 029 on February 14, 1995.  In July, 2000, §§ 8 and 15 declarations

were filed, and subsequently accepted by the PTO, rendering the registration

incontestable under 15 U.S.C. §1065.  In February, 2005, an application for renewal of

the registration was filed, subsequently approved in March, 2005 for an additional ten

(10) year period.  This form of the mark "GUSTO" has been used on all of the goods

listed in the registration on a continuous basis from at least March, 1993 to the present.

Registration No. 1,878,749 is valid and incontestable.  A copy of the registration

certificate is attached as Exhibit A.

10.    To further identify some of its pork and other meat products to its

customers, Gusto created and, on March 29, 1993, applied to register its "GUSTO'S

HEARTLAND and design" mark with the PTO, based on a first use in commerce of that

particular logo form of the design mark of on or about December 14, 1992.  The PTO

approved the application and issued Certificate of Registration No. 1,882,367 in

International Class 029 on March 7, 1995.  In July, 2000, §§ 8 and 15 declarations were

filed, and subsequently accepted by the PTO, rendering the registration incontestable

under 15 U.S.C. §1065.  In June, 2004, an application for renewal of the registration was

filed, subsequently approved in August, 2004 for an additional ten (10) year period.  This

form of the mark "GUSTO" has been used on all of the goods listed in the registration on

a continuous basis from at least March, 1993 to the present. Registration No. 1,882,367 is

valid and incontestable.  A copy of the registration certificate is attached as Exhibit B.

11.    To further identify some of its pork and other meat products to its

customers, Gusto created and, on June 21, 2004, applied to register its "GUSTO'S

HEARTLAND" mark with the PTO, based on a first use in commerce of this particular

mark of on or about December 14, 1992. The PTO approved the application and issued

Certificate of Registration No. 2,970,688 in International Class 029 on July 19, 2005.

Registration No. 1,882,367 is valid and subsisting. A copy of the registration certificate

is attached as Exhibit C.

12.     Continuously since about 1972, Gusto has used one or more of the marks

"GUSTO," GUSTO'S" and "GUSTO'S HEARTLAND" to identify its pork and other

meat products, including turkey products, and to distinguish its products from those made

and sold by others, by, among other things, prominently displaying the marks "GUSTO,"

"GUSTO'S" and "GUSTO'S HEARTLAND" on Gusto's goods, containers and displays

associated therewith. A sample of the various uses of "GUSTO," "GUSTO'S" and

"GUSTO'S HEARTLAND" made by Gusto over the years is attached as Exhibit D. This

use by Gusto has built substantial goodwill in all of the "GUSTO," "GUSTO'S" and

"GUSTO'S HEARTLAND" trademarks throughout the United States. In addition, Gusto

has prominently displayed those trademarks on websites, in direct mail advertising and

advertising in periodicals distributed throughout the United States.

13.     Since beginning in February, 1995, the public, including Tyson, has had at

least constructive notice that Gusto's marks are registered in the U.S. Patent and

Trademark Office (15 U.S.C. 1072).

14.     Gusto and Tyson (including its divisions, IBP and Iowa Ham Canning),

have had a long and substantial course of dealings, (Exhibit E) in that:

a)      Gusto currently and for many years has purchased from Tyson, and from companies now owned by Tyson, a substantial quantity of precuts which are fresh meats used as raw materials in Gusto's food processing business; and

b)      Gusto maintains a $2,000,000 line of credit with Tyson to purchase fresh meats; and

c)      Gusto receives Daily Account Status Statements from Tyson for fresh meats and these accounts are settled on a weekly basis by payments made via checks bearing Gusto's trademark (Exhibit E Page 31 of 32); and

d)      Tyson, through a company now owned by Tyson, has produced private labeled GUSTO products for Gusto (Exhibit E Page 15 of 32); and Tyson holds it self out as a private label supplier to Gusto (Exhibit E Page 32 of 32); and

e)      Tyson has sold Gusto a significant quantity of processing equipment (Exhibit E Pages 16 and 17 of 32); and

f)      Gusto competes with Tyson in the same line of business, namely the wholesale sale of processed meat products; and

g)      Gusto and Tyson both display their goods and solicit orders at the same tradeshows (Exhibit E Page 1 of 32); and

h)      Through this course of dealings, Tyson has actual knowledge that Gusto has established through registration and use tradename and trademark rights in and to the name Gusto and variations thereof as more fully described elsewhere herein, of significant and unique value that would be substantially diminished by infringement and

customer confusion by use of same or similar tradenames or trademarks by Tyson in the same line of business to compete for the same customers.

15.    Since on or about 1993, one of Gusto's suppliers for various pork cuts and other raw meat materials has been IBP, Inc., (IBP).

16.    On information and belief, in or around 2001, IBP was purchased by Tyson Foods.  The president of IBP at the time was Richard L. Bond, and he is now the president of Tyson.  On information and belief, Tyson employs approximately 114,000 people at 300 facilities and offices around the United States (including at least 4 locations in Illinois) and the world.

17.    Gusto, since the purchase of IBP by Tyson has continued to purchase various meat products directly from Tyson with annual purchases by Gusto from Tyson for 2006, 2007 and 2008 (YTD)  averaging over $9,000,000 per year.                .

18.    A division of IBP acquired by Tyson was Iowa Ham Canning, USDA licensed pork processing establishment 5695, which has operated as a division of Tyson in Independence, Iowa.  Iowa Ham Canning manufactured for Gusto a private labeled chopped Ham product under the Gusto's Heartland trademark which trademark was owned by Gusto;

a)    as part of that course of dealings, Iowa Ham Canning had produced to Gusto's specifications, Gusto labels which were affixed to and were part of the products manufactured by Iowa Ham Canning for Gusto (Exhibit E Page 15 of 32);

b)    Iowa Ham Canning submitted that label for approval to the USDA and received approval for that label prior to manufacturing the private labeled products for Gusto;

c)    Tyson sold to Gusto a significant quantity of manufacturing equipment from the Iowa Hand Canning Operation (Exhibit E Page 16 to 17 of 32);

d)    Tyson's Iowa Ham Canning Division continues to promote its private labeling business relationship with Gusto (Exhibit E Page 32 of 32).

19.    Tyson has not only have been a supplier of precuts to Gusto and manufactured private labeled products for Gusto, it has been a close competitor to Gusto of finished meat products for many years and both companies exhibit at the same food shows, sometimes having booths located next to each other at such shows (Exhibit E Page 1 of 32).

20.    Based on all of these activities, on information and belief, Tyson knew or should have known about Gusto's adoption of "GUSTO," "GUSTO'S" and "GUSTO'S HEARTLAND" trademarks applied to the various Gusto products for many years.

21.    Gusto uses its trademarks and tradenames in numerous and diverse ways, including:

a)    Gusto applies USDA approved labels to its manufactured products (some representative examples of these labels are Exhibit E Pages 18 to 24 of 32); and

b)      Gusto's products are shipped in boxes that have the Gusto trademark and tradename printed on them and/or have Gusto Packing Company labels affixed to them (Exhibit E Pages 25 to 29 of 32); and

c)      Gusto's trademarks and tradename are used on its product brochures and advertising (Exhibit E Pages 2 to 5 of 32); and

d)      Gusto's trademarks and tradename are used on its website, www.gustopack.com (Exhibit E Pages 6 to 10 of 32); and

e)      Gusto's trademarks and tradename are used on its letterhead (Exhibit E Page 30 of 32) and checks (Exhibit E Page 31 of 32).

22.      Upon information and belief, on October 24, 2007, Tyson applied to register the mark "¡AL GUSTO!" for beef, chicken and pork in International Class 029, with the PTO, on an intent-to-use basis.

23.      Upon information and belief, and according to a press release quoting the President and CEO of Tyson, Tyson has begun use, or intends to begin use of the mark "¡AL GUSTO!" on meat products, including pork, beef and chicken, all of which products fall into International Class 029.  The products that Tyson is selling and intending to sell under the "¡AL GUSTO!" mark are to be directed to the Hispanic market.  A copy of the press release is attached as Exhibit D.

24.      Tyson's use of "¡AL GUSTO!" is without permission of authority of Gusto and this use by Tyson is likely to cause confusion, to cause mistake and to deceive.

25.    Tyson's conduct is willful and Tyson's acts of trademark infringement and unfair competition have been committed with the intent to cause confusion, mistake and to deceive.

## IV.   COUNT I

## VIOLATION OF 15 U.S.C. SECTION 1114(1) OF THE LANHAM ACT – INFRINGEMENT OF FEDERALLY REGISTERED TRADEMARKS

26.    Paragraphs 1-25 are incorporated herein by reference.

27.    Tyson's use of the "¡AL GUSTO!" brand name comprises an infringement of Gusto's registered trademarks "GUSTO and design," GUSTO'S HEARTLAND and "GUSTO'S HEARTLAND and design," and is likely to cause confusion, mistake and deception of the public as to the identity and origin of Tyson's goods, causing irreparable harm to Gusto for which there is no adequate remedy at law.

28.    Tyson's substantial course of business dealings with Gusto demonstrate that its infringing activities constitute a willful and wanton infringement of the "GUSTO and design," "GUSTO'S HEARTLAND and design" and "GUSTO'S HEARTLAND" registered trademarks, making this an exceptional case under 15 U.S.C. §§ 1114 and 1117.

29.    By reason of the foregoing acts, Tyson is liable to Gusto for trademark infringement under Lanham Act §32 (15 U.S.C. §1114).

## V.    COUNT II

## FEDERAL TRADEMARK INFRINGEMENT OF COMMON LAW

## TRADEMARK RIGHTS UNDER LANHAM ACT §43a SECTION 1125(a)

30.    Paragraphs 1-25 are incorporated herein by reference.

31.    Tyson's aforesaid acts constitute unfair competition and/or infringement of Gusto's common law trademark rights in the marks "GUSTO," "GUSTO'S" and "GUSTO'S HEARTLAND" pursuant to Lanham Act §43 (15 U.S.C. §1125(a)).  Tyson's unfair competition has caused and will continue to damage Gusto and is causing irreparable harm to Gusto for which there is no adequate remedy at law.

## VI.    COUNT III

## TRADEMARK INFRINGEMENT OF STATE COMMON LAW

## TRADEMARK RIGHTS

32.    Paragraphs 1-25 are incorporated herein by reference.

33.    Tyson's aforesaid acts constitute infringement of Gusto's state common law trademark rights in the marks "GUSTO," "GUSTO'S" and "GUSTO'S HEARTLAND."  Tyson's infringement has caused and will continue to damage Gusto and is causing irreparable harm to Gusto for which there is no adequate remedy at law.

## VII.   <u>COUNT IV</u>

## <u>UNFAIR COMPETITION UNDER STATE AND COMMON LAW</u>

34.    Paragraphs 1-25 are incorporated herein by reference

35.    Tyson's actions discussed herein constitute unfair competition of Gusto's

common law rights in the marks "GUSTO," "GUSTO'S" and "GUSTO'S

HEARTLAND."

36.    Continuously since on or about 1972 Gusto has used the mark "GUSTO"

and subsequently since on or about 1992 Gusto has used the mark "GUSTO'S and since

on or about 1992 Gusto has used the mark "GUSTO'S HEARTLAND" to identify its

goods and to distinguish them from those made and sold by others, by, among other

things, prominently displaying the marks "GUSTO," "GUSTO'S" and "GUSTO'S

HEARTLAND" on the goods, their containers, the displays associated therewith and

related catalogs and publications.  Such goods and advertising have been distributed

throughout the entire United States and including in the trade area where Tyson is doing

business.  As a result of these sales and advertising by Gusto under the marks, the marks

have developed a secondary and distinctive trademark meaning to purchasers in Tyson's

trade area.  Gusto's marks have come to indicate to those purchasers a meaning of pork,

turkey and related goods originating only with Gusto.  As a result of this association by

purchasers of the marks "GUSTO," "GUSTO'S" and "GUSTO HEARTLAND" with

Gusto, Tyson's use of the mark "¡AL GUSTO!" is likely to cause confusion among such

purchasers.

37.    Tyson has infringed Gusto's marks as alleged herein with the intent to deceive the public into believing that goods sold by Tyson are made by, approved by, sponsored by or affiliated with, Gusto.  Tyson's acts as alleged herein were committed with the intent to pass off and/or palm off Tyson's goods as the goods of Gusto, and with the intent to deceive and defraud the public.

38.    Gusto is entitled to preliminary and permanent injunctive relief ordering Tyson to cease unfair competition, as well as disgorgement of all of Tyson's profits associated with this unfair competition.

## VIII.  <u>COUNT V</u>

### <u>FALSE DESCRIPTION</u>

39.    Paragraphs 1-25 are incorporated herein by reference.

40.    Tyson's use of the "¡AL GUSTO!" mark is such a colorable imitation and copy of Gusto's trademarks established in the market for meat products that Tyson's use thereof in the context of meat products is likely to create confusion, or to cause mistake, or to deceive consumers as to the origin, sponsorship or approval of Tyson's products.

41.    Tyson has caused goods to enter into interstate commerce with the designation "¡AL GUSTO!," resulting in a false designation of origin which is likely to cause confusion, to cause mistake and to deceive as to the affiliation, connection or association of Tyson with Gusto and as to the origin, sponsorship, or approval of such goods by Gusto.  These acts are in violation of 15 U.S.C. §1125(a), in that Tyson has used in connection with goods a false designation of origin, a false or misleading

description and representation of fact which is likely to cause confusion, and to cause

mistake, and to deceive as to the affiliation, connection, or association of Tyson with

Gusto and as to the origin, sponsorship, and approval of Tyson's goods and commercial

activities by Gusto.

42.    Tyson's use of the mark "¡AL GUSTO!" comprises a false description or

representation of such business or products under 15 U.S.C. §1125(a) (Section 43(a) of

the Lanham Act).

## IX.    COUNT VI

## COMMON LAW INJURY TO BUSINESS REPUTATION

43.    Paragraphs 1-25 are incorporated herein by reference

44.    Tyson's use of Gusto's trademarks injures and creates a likelihood of injury

to Gusto's business reputation because persons encountering Tyson and its products will

believe that Tyson is affiliated with or related to or has the approval of Gusto, and any

adverse reaction by the public to Tyson and the quality of its products and the nature of

its business will injure the business reputation of Gusto and the goodwill that it enjoys in

connection with its "GUSTO," "GUSTO'S" and "GUSTO'S HEARTLAND"

trademarks.

## X.    COUNT VII

## VIOLATION OF THE ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES ACT

45.    Paragraphs 1-25 are incorporated herein by reference.

46.    By reason of the acts and practices set forth above, Tyson has been and is engaged in deceptive-trade practices or acts in the conduct of a business, trade or commerce, or in the furnishing of services, in violation of the Uniform Deceptive Trade Practices Act of the State of Illinois, 815 I.L.C.S. 510, Sec. 2.

47.    Tyson's use, from time to time, threatened future use, and claim of ownership of "¡AL GUSTO!" for goods unconnected to Gusto, is holding itself out as an authorized user of the marks when it is not, and is holding its products out as authorized products of Gusto which they are not.  Such acts by Tyson have been willful, 815 I.L.C.S. 510, Sec. 3.

48.    The public is likely to be damaged as a result of the deceptive trade practices or acts engaged in by Tyson.

49.    Unless enjoined by the Court under the provisions of Uniform Deceptive Trade Practices Act of the State of Illinois, 815 I.L.C.S. 510, Sec. 3, Tyson will continue said deceptive trade practices or acts, thereby deceiving the public and causing immediate irreparable damage to Gusto.  Gusto has no adequate remedy at law.

WHEREFORE, Gusto requests the following relief:

1.      Judgment in favor of Plaintiff Gusto on all counts;

2.      That Defendant Tyson and its agents, officers, employees, representatives, successors, assigns, attorneys and all other persons acting for, with, by, through or under authority from Tyson, and each of them, be preliminarily and permanently enjoined pursuant to 15 U.S.C. §1116 from:

(a)      directly or indirectly using Plaintiff Gusto's trademarks depicted in Exhibits A, B or C, or any colorable imitation thereof, on meat products;

(b)      using any trademark that imitates or is confusingly similar to or in any way similar to Gusto's trademarks "GUSTO," "GUSTO'S" or "GUSTO'S HEARTLAND," or that is likely to cause confusion, mistake, deception, or public misunderstanding as to the origin of Gusto's products or any relationship to Tyson; and

(c)      using any mark denoting "¡AL GUSTO!" for meat and related food products;

3.      That this Court, pursuant to the power granted it under 15 U.S.C. §1118, order that any and all labels, signs, prints, packages, wrappers, receptacles, and advertisements in the possession of Tyson bearing the marks "GUSTO," "GUSTO HEARTLAND" and "¡AL GUSTO!" and all plates, molds, matrices and other means of making the same, shall be delivered up and destroyed;

*Gusto Packing Co., Inc. v Tyson Foods, Inc.*                                    *Complaint*
*Page 17 of 18*

4.      That Tyson be required to file with the Court and serve on Gusto within thirty (30) days after entry of the Injunction, a report in writing under oath setting forth in detail the manner and form in which Tyson has complied with the Injunction;

5.      That, pursuant to 15 U.S.C. §1117, Tyson be held liable for all damages suffered by Gusto resulting from the acts alleged herein;

6.      That, pursuant to 15 U.S.C. §1117, Tyson be required to account to Gusto for any and all profits derived by Tyson from the sale of its goods and for all damages sustained by Gusto by reason of said acts of infringement and unfair competition complained of herein;

7.      That the Court declare this to be an exceptional case and award Gusto its full costs and reasonable attorney's fees pursuant to 15 U.S.C. §1117;

8.      That this Court award Gusto treble the amount of actual damages suffered by Gusto pursuant to 15 U.S.C. §1117;

9.      That the Court grant Gusto any other remedy to which it may be entitled as provided for in 15 U.S.C. §§1116 and 1117 or under state law; and

10.     For such other and further relief as the Court deems just and proper.

*Gusto Packing Co., Inc. v Tyson Foods, Inc.*                              *Complaint*
*Page 18 of 18*

## JURY DEMAND

Gusto hereby Demands Trial by Jury

June 2, 2008                          Respectfully submitted,
                                      Gusto Packing Co., Inc.



                                 By:    s/ Kevin W. Guynn
                                      One of its attorneys

| | |
|---|---|
| Kevin W. Guynn (ARDC No. 03124379)<br>Greer, Burns & Crain, LTD.<br>Suite 2500<br>300 South Wacker Drive<br>Chicago, Illinois 60606<br>Phone:  (312) 360-0080<br>FAX (312) 360-9315<br>Email: kguynn@gbclaw.net | John Duggan (ARDC No 688223)<br>Duggan Law Offices<br>181 S Lincolnway<br>North Aurora, Illinois  60542<br>Phone:  (630) 264-7893<br>FAX:  (877) 300 7451<br>Email:  dugganjpd@aol.com |

Int. Cl.: 29

Prior U.S. Cl.: 46

# United States Patent and Trademark Office

Reg. No. 1,878,749
Registered Feb. 14, 1995

## TRADEMARK
### PRINCIPAL REGISTER



GUSTO PACKING CO., INC. (ILLINOIS COR-PORATION)
2125 ROCHESTER DRIVE
MONTGOMERY, IL 60538

FOR: CURED AND COOKED PORK PROD-UCTS; NAMELY, COOKED HAMS, BONELESS SMOKED HAMS, BONE-IN SMOKED HAMS, SMOKED PICNIC HAMS AND SLICED BACON, IN CLASS 29 (U.S. CL. 46).

FIRST USE 7-0-1983, FIRST USED IN AN-OTHER FORM IN DECEMBER 1972 ; IN COM-MERCE 8-0-1991.

SER. NO. 74-377,351, FILED 3-29-1993.

AVALYN PITTS, EXAMINING ATTORNEY

EX. A

**Int. Cl.: 29**

08CV3208            TG

JUDGE ANDERSEN

MAGISTRATE JUDGE NOLAN

**Prior U.S. Cl.: 46**

## United States Patent and Trademark Office

**Reg. No. 1,882,367**
Registered Mar. 7, 1995

### TRADEMARK
### PRINCIPAL REGISTER



GUSTO PACKING CO., INC. (ILLINOIS COR-
PORATION)
2125 ROCHESTER DRIVE
MONTGOMERY, IL 60538

FOR: CURED AND COOKED PORK PROD-
UCTS; NAMELY, COOKED HAMS, IN CLASS
29 (U.S. CL. 46).

FIRST USE 12-14-1992; IN COMMERCE
12-14-1992.

SER. NO. 74-373,162, FILED 3-29-1993.

AVALYN PITTS, EXAMINING ATTORNEY

EX. B

**Int. Cl.: 29**

**Prior U.S. Cl.: 46**

08CV3208                    TG

JUDGE ANDERSEN

MAGISTRATE JUDGE NOLAN

**United States Patent and Trademark Office**

**Reg. No. 2,970,688**

Registered July 19, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# GUSTO'S HEARTLAND

GUSTO PACKING COMPANY, INC. (ILLINOIS CORPORATION)
2125 ROCHESTER DRIVE
MONTGOMERY, IL 60538

FOR: CURED AND COOKED PORK PRODUCTS, NAMELY, SMOKED HAMS AND COOKED HAMS, BOLOGNA, SALAMI, AND CAPPICOLA, IN CLASS 29 (U.S. CL. 46).

FIRST USE 12-14-1992; IN COMMERCE 12-14-1992.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-438,817, FILED 6-21-2004.

ALICE BENMAMAN, EXAMINING ATTORNEY

EX. C

# MEAT&POULTRY

**The business journal for meat and poultry processors**



Home
Email Newsletter
Search M&P Archives
Daily News Archives
Wire Service News
Features
From the Corral
Steve Kay Red Meat
Meat Economics
Meat Processing
Poultry Proc. Solutions
Sanitation Tips
Small Business
Lean Tips
Resources
MP Red Book
Calendar
Salary Surveys
Company Data
Industry Links
Job Center
Publication Info
Subscriptions
Print Advertising Info
Web Advertising Info
Media Kit
Contact Sales

## Tyson test marketing new Hispanic brand
(MEATPOULTRY.com, May 15, 2008)
by Keith Nunes

NEW YORK — Tyson Foods, Inc. is currently test marketing six new chicken products in Houston and Dallas, Texas, under the Tyson ¡Al Gusto! brand, said Richard L. Bond, president and chief executive officer. If successful, the ¡Al Gusto! brand will be extended to other markets as well as species, including beef and pork.

Mr. Bond announced the effort during a presentation at the BMO Capital Markets Agriculture & Protein Conference. The new initiative is intended to deliver convenience to consumers preparing Latin dishes at home. Translated to English, Tyson ¡Al Gusto! means "Tyson to your liking."



**CURRENT ISSUE**



**May 2008**
**ARCHIVES**

Industry events:





Related sites:
FoodBusinessNews.net
Purchasing Seminar

08CV3208                        TG
JUDGE ANDERSEN
MAGISTRATE JUDGE NOLAN



# GUSTO
**PACKING COMPANY**

# *Product Brochure*

- *A Wide Selection of Quality Products*
- *Competitive Pricing*
- *Unparalleled Customer Service*





**GUSTO**

*"Eat More Pork
Be a Better Lover"*

*All Our Products Are Hand Picked
& Packaged To Ensure The Highest
Quality & Freshness*





## Bacon and Pork Sausage

| Item # | Description |
|---|---|
| 5001 | Hickory Smoked Lay Flat Bacon 15 lbs. |
| 5003 | Hickory Smoked Rind-On Bacon 30 lbs. |
| 5006 | Hickory Smoked Rindless Bacon 15 lbs. |
| 5010 | Hickory Smoked Rindless Bacon 30 lbs. |
| 5015 | Rind-On Bacon Ends and Pieces 10 lbs. |
| 5017 | Hickory Smoked Rind-On Bacon 10 lbs. |
| 5025 | Hickory Smoked Rind-On Slab Bacon |
| 5030 | Hickory Smoked Rind-On Slab Bacon Halves |
| 5031 | Hickory Smoked Rindless Slab Bacon |
| 5032 | Hickory Smoked Rindless Slab Bacon Halves |
| 5060 | Hickory Smoked Rindless Bacon 10 lbs. |
| 5130 | 1.25 lbs. Stack Pack Bacon |
| 5131 | 3 lbs. Stack Pack Bacon |
| 5132 | 1 lb. Rind-On Stack Pack Bacon |
| 5133 | 2.5 lbs. Rind-On Stack Pack Bacon |
| 5314 | Applewood Smoked Rindless Bacon 15 lbs. |
| 5315 | Applewood Smoked Lay Flat Bacon 15 lbs. |
| 5320 | Ripple Creek #2 Platter Bacon 15 lbs. |
| 5321 | Ripple Creek #2 Lay Flat Bacon 15 lbs. |
| 7000 | Gusto 1 ounce Pork Sausage Breakfast Links |
| 7001 | 1 ounce/6 lbs. Pork Sausage Breakfast Links |
| 7002 | 1 ounce/6 lbs. Hot Pork Sausage Breakfast Links |
| 7005 | 2 ounces/10 lbs. Pork Sausage Breakfast Links |
| 7006 | 2 ounces/10 lbs. Hot Pork Sausage Breakfast Links |
| 7010 | 1.5 ounces/10 lbs. Pork Sausage Patties |
| 7011 | 1.5 ounces/10 lbs. Hot Pork Sausage Patties |
| 7015 | 2 ounces/7 lbs. Pork Sausage Patties |
| 7016 | 2 ounces/10 lbs. Hot Pork Sausage Patties |
| 7017 | 2 ounces/10 lbs. Wide Pork Sausage Patties |
| 7018 | 2 ounces/10 lbs. Wide Hot Pork Sausage Patties |
| 7020 | 1 lb. Pork Sausage Roll |
| 7021 | 1 lb. Hot Pork Sausage Roll |
| 7022 | 1 lb. Italian Pork Sausage Roll |

## Smoked Pork Products

| Item # | Description |
|---|---|
| 3060 | Gusto Bone-In Smoked Ham 20/24 |
| 3061 | Gusto Center Cut Smoked Pork Loin |
| 3062 | Gusto Smoked Pork Tails 30 lbs. |
| 3065 | Gusto Smoked Pork Neckbones 30 lbs. |
| 3070 | Gusto Smoked Picnics 5/9 |
| 3071 | Classic Carve Super Trim Bone-In Ham 16/19 |
| 3072 | Classic Carve Super Trim Bone-In Ham Halves |
| 3073 | Classic Carve Skinless Shankless Smoked Ham |
| 3075 | Gusto Smoked Pork Hocks 30 lbs. |
| 3077 | Classic Carve Skinless Shankless Smoked Ham Halves |
| 3078 | Gusto Salt Cured Feet |
| 3086 | Classic Carve Spiral Slice Ham Whole, Honey Glaze Included |
| 3087 | Classic Carve Spiral Ham Halves, Honey Glaze Included |





## Boneless Smoked Hams

| Item # | Description |
|--------|-------------|
| 3000 | Heartland 28% Slicing Ham |
| 3003 | Heartland Water Added Slicing Ham |
| 3010 | Gusto 28% Buffet Style Ham 9/11 |
| 3011 | Gusto 28% Retail Style Ham 5/7 |
| 3013 | Classic Carve Water Added Retail Style Ham 5/7 |
| 3015 | Classic Carve Water Added Buffet Style Ham 9/11 |
| 3031 | Heartland 35% GHA Buffet Style Ham 9/11 |
| 3044 | Classic Carve Boneless Smoked Ham Halves |
| 3045 | Classic Carve Black Forest Ham Halves |
| 3046 | Classic Carve Brown Sugar Ham Halves |
| 3047 | Classic Carve Honey Ham Halves |
| 3048 | Gusto 28% Virginia Baked Ham |
| 3049 | Gusto 28% Pit Ham |
| 3050 | Classic Carve Water Added Pit Ham |
| 3051 | Classic Carve Water Added Boneless Smoked Ham |
| 3052 | Classic Carve Water Added Black Forest Ham |
| 3053 | Classic Carve Water Added Virginia Baked Ham |
| 3054 | Classic Carve Water Added Brown Sugar Ham |
| 3055 | Classic Carve Water Added Canadian Style Ham |
| 3056 | Classic Carve Water Added Honey Ham |
| 3058 | Classic Carve Water Added Boneless Smoked Ham |
| 5035 | Classic Carve Water Added Canadian Style Bacon |

## Cooked Hams and Deli Meats

| Item # | Description |
|--------|-------------|
| 2000 | Gusto Water Added Cooked Ham |
| 2011 | Gusto Water Added Cooked Ham 4/5 lbs. |
| 2021 | Gusto 35% Cooked Ham and Water Product |
| 2023 | Heartland 35% Ham and Water Product |
| 2080 | Heartland 35% GHA Cooked Ham and Water Product |
| 2090 | Heartland 30% Chopped Ham and Water Product |
| 2091 | Heartland Water Added Chopped 10% Ham 4/5 lbs. |
| 2092 | Heartland Water Added Chopped Ham |
| 2093 | Heartland Water Added Spiced Ham 5 lbs. |
| 2094 | Heartland Water Added Spiced Ham |
| 2095 | Heartland Cooked Ham Water and Binder Product |
| 2225 | Koge Bay Water Added Cooked Picnic |
| 4000 | Heartland All Meat Bologna |
| 4005 | Heartland All Meat Cotto Salami |
| 4010 | Heartland Hot Ham Cappicola |
| 4015 | Heartland Spiced Luncheon Loaf |

## Turkey Products

| Item # | Description |
|--------|-------------|
| 8000 | Turkey Ham 10 lbs. |
| 8002 | Turkey Bologna 10 lbs. |
| 8003 | Turkey Salami 10 lbs. |



# THE CABALLERO FAMILY

After 31 years in the business, I am still actively involved along with my sons, Rafael Jr. and Antonio as well as my nephew, Enrique Diaz, in running the day to day operations of Gusto. It is our pride that ensures our delivery of a quality product and excellent customer service. With our **Cuban Heritage**, we pride ourselves on being the only minority owned company that can compete on a national basis in terms of product, pricing and service. In the near future, we, the Caballero's, will expand our facilities, product lines and services to better serve our customers. With a growing product line, more enhanced operations and a growing customer list, it is clear Gusto will be providing their tradition of quality to its customers for a long time to come.

Sincerely,
**Rafael Caballero Sr.**
*President*

# OUR PEOPLE MAKE THE DIFFERENCE



# OFFICERS

| | | |
|---|---|---|
| **Rafael Caballero Sr.** | **Rafael Caballero Jr.** | **Antonio Caballero** |
| *President* | *Vice President* | *Executive Vice President of Operations* |
| **Daniel Caballero** | **Enrique Diaz Jr.** | **Dennis Keene** |
| *Director of Finance and R&D* | *Plant Manager* | *Vice President Sales & Marketing* |
| **Joe Norvais** | **Ryan Ruettiger** | **Bobby Bergman** |
| *Sales Manager* | *Territory Sales Manager* | *Quality Assurance Manager* |

Gusto Packing Company has been a family owned and operated company since 1972. Gusto offers 6 product lines, including Deli Cooked Hams, Smoked Bacon Products, Bone-In Smoked Pork Products, Deli Meats, Pork Sausage, and Turkey Products. It is Gusto's pride, facility and effective business model that allow us to deliver our customers:

### A Wide Selection of Quality Products • Competitive Pricing • Unparalleled Customer Service

Gusto's 248,000 square foot facility is located in Montgomery, IL, just forty-five miles west of Chicago. Our location has enabled us to provide highly efficient and inexpensive distribution of Gusto products throughout the Continental U.S. and beyond. With our state-of-the-art facilities, no one can match Gusto's capacity on a resource to pound basis. Two hundred employees can produce 6 million pounds per week. Our investment in technology has allowed us to cut our costs and send product to the market with minimal lead times. Current lead times can be as short as 2 hours prior to shipping within the US, regardless of order size. It is our investment in cutting edge equipment that sets Gusto apart from the competition.

# GUSTO
## PACKING COMPANY
**2125 Rochester Drive Montgomery, IL 60538**
www.gustopack.com
## 1-800-575-3365 • Fax: 630-896-9698

"A Hispanic Owned Enterprise"

 

**"Eat More Pork Be a Better Lover"**

## Products

**Home**

**About Us**

**Products**

**Recipes**

**Our People**

**What's New?**

**Links**

**Contact Us**

**All Of Our Products Are Hand Picked & Packaged,
To Ensure The Highest Quality & Freshness!**



### Hickory Smoked Bacon
**Rindless**

| | |
|---|---|
| 5001 | GUSTO Sliced Lay Flat Bacon 15lb Case |
| 5010 | GUSTO Sliced Platter Bacon 30lb Case |
| 5006 | GUSTO Sliced Platter Bacon 15lb Case |
| 5060 | GUSTO Sliced Platter Bacon 10lb Case |
| 5031 | GUSTO Whole Slab Bacon |
| 5032 | GUSTO Half Slab Bacon |
| 5130 | GUSTO 1.25lb Vac Stack Pack Bacon 16 per Case |
| 5131 | GUSTO 3lb Vac Stack Pack Bacon 9 per Case |
| 5129 | GUSTO 6.5lb Vac Stack Pack Bacon 4 per Case |
| 5330 | LAYTON FARM End to End Sliced Bacon 15lb Case |
| 5320 | RIPPLE CREEK #2 Platter Bacon 15lb Case |
| 5321 | RIPPLE CREEK #2 Lay Flat Bacon 15lb Case |

**Rindless Gas Flushed**

| | |
|---|---|
| 5057 | GUSTO Sliced Lay Flat Bacon 20lb |
| 5078 | GUSTO Sliced Lay Flat Bacon 10lb |
| 5092 | GUSTO Sliced Platter Bacon 20lb |
| 5088 | GUSTO Sliced Platter Bacon 10lb |

**Rind-On**

| | |
|---|---|
| 5003 | GUSTO Sliced Platter Bacon 30lb Case |
| 5033 | GUSTO Sliced Platter Bacon 15lb Case |
| 5017 | GUSTO Sliced Platter Bacon 10lb Case |
| 5025 | GUSTO Whole Slab Bacon |
| 5030 | GUSTO Half Slab Bacon |
| 5132 | GUSTO 1lb Vac Stack Pack Bacon 12 per Case |
| 5133 | GUSTO 2.5lb Vac Stack Pack Bacon 8 per Case |
| 5015 | GUSTO Bacon Ends and Pieces 10lb Case |

### Applewood Smoked Bacon
**Rindless**
| | |
|---|---|
| 5315 | GUSTO Sliced Lay Flat Bacon 15lb |
| 5314 | GUSTO Sliced Platter Bacon 15lb |

**Rindless Gas Flushed**
| | |
|---|---|
| 5076 | GUSTO Sliced Lay Flat Bacon 10lb |
| 5089 | GUSTO Sliced Platter Bacon 10lb |

### Pork Sausage
**Breakfast Links**
| | |
|---|---|
| 7000 | GUSTO 1oz Pork Sausage 10lb Case [7001] 6lb Case |
| 7002 | GUSTO 1oz Hot Pork Sausage 6lb Case |
| 7005 | GUSTO 2oz Pork Sausage 10lb Case |
| 7006 | GUSTO 2oz Hot Pork Sausage 10lb Case |

**Patties**
| | |
|---|---|
| 7010 | GUSTO 1.5oz Pork Sausage 10lb Case |
| 7011 | GUSTO 1.5oz Hot Pork Sausage 10lb Case |
| 7015 | GUSTO 2oz Pork Sausage 7lb Case |
| 7016 | GUSTO 2oz Hot Pork Sausage 10lb Case |
| 7017 | GUSTO 2oz Wide Pork Sausage 10lb Case |
| 7018 | GUSTO 2oz Wide Hot Pork Sausage 10lb Case |

**Chubs**
| | |
|---|---|
| 7020 | GUSTO 1lb Pork Sausage 12lb Case |
| 7021 | GUSTO 1lb Hot Pork Sausage 12lb Case |
| 7022 | GUSTO 1lb Italian Pork Sausage 12lb Case |
| 7025 | GUSTO 6lb Pork Sausage 18lb Case |
| 7026 | GUSTO 6lb Hot Pork Sausage 18lb Case |
| 7027 | GUSTO 6lb Italian Pork Sausage 18lb Case |



### Smoked Meats
**Bone-In**
| | |
|---|---|
| 3060 | GUSTO Commodity Ham 19/24lb |
| 3061 | GUSTO Center Cut Pork Loin |
| 3070 | GUSTO Pork Shoulder Picnic 5/9lb |
| 3119 | GUSTO Half Pork Shoulder Picnic 4/5lb |
| 3062 | GUSTO Pork Tails 30lb Case |
| 3065 | GUSTO Pork Neckbones 30lb Case |
| 3075 | GUSTO Pork Hocks 30lb Case |
| 3071 | GUSTO Super Trim Whole Ham 16/19lb |
| 3072 | GUSTO Super Trim Half Ham |
| 3086 | CLASSIC CARVE Spiral Sliced Whole Ham-Honey Glaze Pack |
| 3087 | CLASSIC CARVE Spiral Sliced Half Ham-Honey Glaze Pack |
| 3101 | CLASSIC CARVE Spiral Sliced Whole Ham Pre-Glazed |

3102    CLASSIC CARVE Spiral Sliced Half Ham Pre-Glazed
3105    CLASSIC CARVE Spiral Sliced Foil Wrap Whole-Honey Glaze Pack
3106    CLASSIC CARVE Spiral Sliced Foil Wrap Half-Honey Glaze Pack
3080    GUSTO Skinless Ham Shank



**Boneless Smoked**

3031    HEARTLAND 35% GHA Buffet Style Ham 9/11lb
3000    HEARTLAND 28% Virginia Baked Ham 9/11lb
3003    HEARTLAND W/A Round Smoked Ham 9/11lb
3015    HEARTLAND W/A Buffet Style Ham 9/11lb
3010    GUSTO 28% Buffet Style Ham 9/11lb
3011    GUSTO 28% Retail Style Ham 5/7lb
3049    GUSTO 28% Pit Ham 11/13lb
3050    GUSTO W/A Pit Ham 11/13lb
3013    GUSTO W/A Retail Style Ham 5/7lb
3053    GUSTO W/A Virginia Baked Ripple Ham 11/13lb
3055    GUSTO W/A Canadian Style Ham
3058    GUSTO W/A Tavern Ham 9/11lb
3051    GUSTO W/A Bavarian Style Ham [3044] 1/2 Ham
3052    GUSTO W/A Black Forest Ham [3045] 1/2 Ham
3054    GUSTO W/A Brown Sugar Ham [3046] 1/2 Ham
3056    GUSTO W/A Honey Ham [3047] 1/2 Ham
5035    GUSTO W/A Canadian Style Bacon



### Deli Meats
**Cooked Ham**

| | |
|---|---|
| 2011 | GUSTO W/A Cooked Ham 4x6 14lb |
| 2021 | GUSTO 35% Ham & Water 4x6 14lb [13677] 4X4 10lb |
| 2000 | HEARTLAND W/A Cooked Ham 4x6 13lb [2015] 4X4 10lb |
| 2034 | HEARTLAND 35% Ham & Water 4x6 14lb [2035] 4X4 10lb |
| 2023 | HEARTLAND 35% Ham & Water 4X4 5lb |
| 2090 | HEARTLAND 30% Chop Ham & Water 4X4 10lb [2089] 4X4 5lb |
| 2092 | HEARTLAND W/A Chop Ham 4X4 10lb [2091] 4X4 5lb |
| 2094 | HEARTLAND W/A Spiced Ham 4X4 10lb [2093] 4X4 5lb |
| 2095 | HEARTLAND Ham, Water & Binder 4X6 13lb |
| 2222 | GDANSK European Style Ham With Natural Juices 4X6 13lb |

**Other Deli Meats**

| | |
|---|---|
| 2225 | KOGE BAY W/A Cooked Picnic |
| 4000 | HEARTLAND All Meat Bologna 10lb [4002] 5lb |
| 4005 | HEARTLAND All Meat Cotto Salami 10lb |
| 4010 | HEARTLAND Hot Ham Capacolla 5lb |
| 4015 | HEARTLAND Spiced Luncheon Loaf 5lb |

**Turkey**

| | |
|---|---|
| 8000 | GUSTO 20% Turkey Ham 4X4 10lb |
| 8002 | GUSTO Turkey Bologna 10lb |
| 8003 | GUSTO Turkey Salami 10lb |
| 8006 | GUSTO Turkey White Meat 10lb |
| 8007 | GUSTO Turkey Breast 10lb |



back to the top

# Chicago Minority Business Development Council, Inc.

# *Certificate of Certification*

*This certificate acknowledges that*

## GUSTO PACKAGING COMPANY, INC.

has met the stringent certification requirements for a minority owned and controlled business as defined by the National Minority Supplier Development Council certification guidelines.

| | |
|---|---|
| Certification No. | CH818 |
| NAICS Code(s) | 42247, 311612 |
| Product(s) Service(s) | Service, meat processing and packing for pork products |
| Date of Certification | 7/31/2007 |
| Expiration Date | 7/31/2008 |

*Julia* C. Biel
President

"Building Business Wealth through Supplier Diversity"

| U.S. DEPARTMENT OF AGRICULTURE<br>FOOD SAFETY AND INSPECTION SERVICE | 1. DATE | 2. ESTABLISHMENT NO. |
|---|---|---|
| | August 8, 1991 | 2516/P-2516 |

**GRANT OF INSPECTION**

| | 3. REGION/AREA/CIRCUIT CODE | 4. IMPORT FIELD OFFICE NO. |
|---|---|---|
| | 4 | 02 | 17 | 01 | N/A |

| 5. NAME AND MAILING ADDRESS OF APPLICANT | 6. LOCATION OF ESTABLISHMENT |
|---|---|
| Gusto Packing Company Inc.<br>544 N. Highland Avenue<br>Aurora, IL 60506 | 2125 Rochester<br>Montgomery, IL 60538 |
| | 7. ADDRESS OF REGIONAL OFFICE OR IMPORT FIELD OFFICE |
| | 11338 Aurora Avenue<br>Des Moines, IA 50322 |

| 8. TYPE OF INSPECTION | 9. DATE OF INAUGURATION OF SERVICE |
|---|---|
| [X] MEAT  [X] POULTRY  [ ] IMPORT | August 7, 1991 |

A survey of your establishment at the location shown above *(Item 5 or 6)* indicates compliance with the applicable requirements of the regulations under the Federal Meat Inspection Act or the Poultry Products Inspection Act, or both. Accordingly, inspection service is hereby granted.

A copy of your approved Application for Federal Meat, Poultry or Import Inspection, Form MP-401, is enclosed. This application specifies the type of operation conducted at your establishment and contains your agreement and certification that you will conform strictly to applicable Federal law and regulations pertaining to meat inspection, poultry inspection, or the importation of meat and poultry products.

Your establishment is under the supervision of the Area Supervisor or Import Field Supervisor whose name and address are given below. Call on him if you need help in interpreting the provisions of the regulations.

| NAME OF AREA SUPERVISOR OR IMPORT FIELD OFFICE SUPERVISOR | OFFICE ADDRESS |
|---|---|
| Mr. J. W. Blank | 1919 S. Highland, Room 225-A |
| CITY AND STATE | TELEPHONE NUMBER |
| Lombard, IL 60148 | 708-620-7474 |

REMARKS:

08CV3208            TG
JUDGE ANDERSEN
MAGISTRATE JUDGE NOLAN

Acting                     _J. H. Hotfelty_                    D.V.M.
(REGIONAL DIRECTOR OR IMPORT INSPECTION DIVISION DIRECTOR)

FSIS FORM 5200-1 (12/85)          REPLACES MP FORM 451 (3/85), WHICH IS OBSOLETE.

Collection of this information is voluntary. It is needed before Federal inspection of meat and poultry is granted. It is used by FSIS to determine whether the applicant should be issued a grant of inspection (9 CFR 304.1 and 9 CFR 381.19). FORM APPROVED OMB 0583-0015

| U.S. DEPARTMENT OF AGRICULTURE<br>FOOD SAFETY AND INSPECTION SERVICE<br><br>**APPLICATION FOR FEDERAL MEAT, POULTRY, OR IMPORT INSPECTION** | INSTRUCTIONS: Submit this application to the Area Supervisor, Meat and Poultry Inspection Operations, or Import Inspection Division Director, Food Safety and Inspection Service, U.S. Department of Agriculture for applicable inspection requests. If application is for Inspection Services at facilities not previously providing such services, also submit two sets of plans and four sets of specifications of plant. Complete all sections. If a section is not applicable enter "N/A" or "None." If additional space is needed for any item, attach sheet and number the item. |
|---|---|

## SECTION I (to be completed for Import or Domestic Inspection Activities)

| 1. DATE OF APPLICATION<br><br>January 19, 1991 | 2. TYPE OF APPLICATION<br>☐ NEW  ☐ CHANGE OF OWNER  ☐ CHANGE OF LOCATION<br>☒ OTHER (Specify)<br>Change Establishment Number | 3. TYPE OF INSPECTION REQUIRED<br>☒ MEAT  ☐ IMPORT<br>☐ POULTRY | 4. EXEMPTED ACTIVITIES (specify)<br><br>None |
|---|---|---|---|

| 5. FORM OF ORGANIZATION<br>☐ INDIVIDUAL  ☐ COOPERATIVE ASSOCIATION  ☐ PARTNERSHIP<br>☒☒ CORPORATION  ☐ OTHER (specify) | 6. IF CORPORATION: NAME OF STATE WHERE INCORPORATED<br>Illinois<br>7. DATE INCORPORATED (Month and Year)<br>February 1977 |
|---|---|

| 8. NAME OF APPLICANT (Company Name) AND MAILING ADDRESS (Include ZIP Code)<br><br>Gusto Packing Company Inc<br>544 N. Highland Avenue<br>Aurora Illinois 60506 | FEDERAL EMPLOYER IDENTIFICATION NO. (As assigned by Internal Revenue Service)<br><br>352806176 | 9. AREA CODE AND TELEPHONE NUMBER<br><br>708-896-8608 |
|---|---|---|

| 10. LOCATION OF PLANT AND MAILING ADDRESS IF DIFFERENT FROM ITEM 8 (Include ZIP Code)<br><br>2125 Rochester<br>Montgomery Illinois 60538 | Approved Copy for Applicant's File | 11. AREA CODE AND TELEPHONE NUMBER<br><br>None |
|---|---|---|

| 12. NAME AND ESTABLISHMENT NUMBER OF OTHER ESTABLISHMENTS LOCATED IN THE SAME FACILITY.<br><br>None | 13. OTHER NAMES (if any) UNDER WHICH BUSINESS WILL BE CONDUCTED.<br><br>None |
|---|---|

| 14. DAYS PER YEAR PLANT WILL OPERATE | | 15. HOURS PER WEEK PLANT WILL OPERATE | | 16. HOURS PER DAY PLANT WILL OPERATE | | 17. MONTH AND YEAR WHEN PLANT WILL BE READY TO OPERATE UNDER INSPECTION PROGRAM | |
|---|---|---|---|---|---|---|---|
| EXEMPT<br>NONE | NON-EXEMPT<br>255+ | EXEMPT<br>NONE | NON-EXEMPT<br>40+ | EXEMPT<br>NONE | NON-EXEMPT<br>8+ | EXEMPT<br>NONE | NON-EXEMPT<br>3-91 |

## SECTION II (to be completed for Domestic Inspection Activities)

**18. ANIMALS TO BE SLAUGHTERED WHEN INSPECTION IS INAUGURATED**   N/A

SLAUGHTER ONLY:
☐ CATTLE  ☐ CALVES  ☐ SHEEP  ☐ GOATS  ☐ SWINE  ☐ EQUINES
☐ YOUNG CHICKENS  ☐ MATURE CHICKENS  ☐ TURKEYS  ☐ GEESE  ☐ DUCKS  ☐ GUINEAS

**19. FRESH MEAT OR READY-TO-COOK POULTRY TO BE DISPOSED OF IN COMMERCE 1/**

COMMERCE ONLY:
☒☒ BEEF  ☐ VEAL  ☐ LAMB OR MUTTON  ☐ GOAT MEAT  ☒☒ PORK  ☐ EQINE MEAT
☒ YOUNG CHICKENS  ☐ MATURE CHICKENS  ☒ TURKEY  ☐ GOOSE  ☐ DUCK  ☐ GUINEA

1/ Also include product distributed to Government purchasing agencies or others under circumstances that would indicate that the product will subsequently move in commerce.

**20. PREPARED OR PROCESSED WHEN INSPECTION IS INAUGURATED**

PROCESSING:
TYPE OF PRODUCT
☐ MEAT
☐ POULTRY
☒☒ BOTH

a. ☐ BREAKING/CUTTING (carcasses, primal cuts, whole poultry, poultry parts etc.)
b. ☒ BONING (manual boning meat/poultry)
c. ☐ MECHANICAL DEBONING (mechanical deboning meat/poultry)
d. ☐ FABRICATING (roast, steaks, chops, ground beef, hamburger etc.)
e. ☒☒ CURING (pork cuts, beef cuts, turkey, ham etc.)
f. ☐ FORMULATING (fresh/cured sausages, loaves, poultry rolls, pattie mix etc.)
g. ☒ COOKING/SMOKING (pork cuts, beef cuts, sausage, loaves etc.)
h. ☐ CANNING (shelf stable, perishable, cans, pouches, glass)
i. ☐ DRYING (pork cuts, beef cuts, sausage, dehydrated products)
j. ☐ CONVENIENCE ITEMS (entrees, dinners, pies, pizzas etc.)
k. ☒ SLICING (bacon, luncheon meats sausage etc.)
l. ☐ FATS/OILS (lard, tallow, shortening, margarine etc.)
m. ☐ OTHER (specify)

FSIS FORM 5200-2 (9/86)        REPLACES MP FORM 401 (3/83), WHICH IS OBSOLETE.

## SECTION III (to be completed for Import Inspection Activities)

**21. IMPORT INSPECTION ACTIVITIES** N/A

| a. CARCASSES | | b. FRESH | d. COOKED BEEF | f. PROCESSED PRODUCTS | h. POULTRY (Parts) |
|---|---|---|---|---|---|
| ☐ BEEF | ☐ VENISON | ☐ CUTS | ☐ RESTRICTED | ☐ FRESH/FROZEN | ☐ RAW |
| ☐ VEAL | ☐ OTHER (describe) | ☐ BONELESS MFG MEAT | ☐ UNRESTRICTED | ☐ HEATED | ☐ COOKED |
| ☐ SWINE | | | | ☐ DRIED/SEMI-DRIED | ☐ OTHER POULTRY (describe) |
| ☐ SHEEP | | c. FROZEN MFG. MEATS | e. CONTAINERS | g. POULTRY (Whole Carcass) | |
| ☐ GOATS | | ☐ CUTS | ☐ PERISHABLE | ☐ RAW | |
| ☐ EQUINE | | ☐ BONELESS MFG MEAT | ☐ SHELF STABLE | ☐ COOKED | |

## SECTION IV (to be completed for Import and Domestic Inspection Activities)

22. List all persons responsibly connected with the applicant. Include all owners, partners, officers, directors, holders or owners of 10 per centum or more of voting stock, and employees in a managerial or executive capacity in the business. Notify the Area Supervisor of any changes in the listing given.

| NAME / TITLE (indicate if partner, manager) | SOCIAL SECURITY NUMBER | DATE OF BIRTH | PLACE OF BIRTH (City and State) | PRESENT HOME ADDRESS (Street and Number, City, State, Zip Code) | HOLDER OF 10% OR MORE VOTING STOCK (if Corp.) YES | NO |
|---|---|---|---|---|---|---|
| Rafael Caballero President | 264762600 | 11/13/42 | Cuba | 1420 West Downer Place Aurora Illinois 60506 | X | |
| Enrique Diaz Vice President | 139521209 | 9/12/38 | Cuba | 1315 Monona Aurora Illinois 60506 | X | |
| Dennis Keene General Manager | 535468954 | 8/22/47 | Tacoma Washington | 1650 Hilda Drive Sandwich, Illinois 60548 | | X |
| | | | | | | |
| | | | | | | |
| | | | | | | |

23. Enter the name of each person listed under Item 22 who has been convicted in any Federal or State court of any felony. Enter the name of each person listed under Item 22 who has been convicted in any Federal or State court of more than one violation of any law, other than a felony, based upon the acquiring, handling, or distributing of unwholesome, mislabeled, or deceptively packaged food or upon fraud in connection with transactions in food. Include the nature of the crime, the date of conviction and the court in which convicted. If none write "None."

None

24. List each conviction against the applicant (person, firm or corporation) in any Federal or State court of any felony. List each conviction against the applicant (person, firm or corporation) in any Federal or State court of more than one violation of any law, other than a felony, based upon the acquiring, handling, or distributing of unwholesome, mislabeled, or deceptively packaged food or upon fraud in connection with transactions in food. Include the nature of the crime, the date of conviction and the court in which convicted. If none write "None."

None

25. (APPLICANT HAS BEEN PROVIDED WITH A COPY OF THE PRIVACY ACT NOTICE (Check)      ☒ YES      ☐ NO

AGREEMENT AND CERTIFICATION: If inspection is granted under the application, I (we) expressly agree to conform strictly to the Federal Meat Inspection Act (21 U.S.C. 601 et seq.), the Regulations Governing the Meat Inspection of the United States Department of Agriculture (9 CFR Part 301 et seq.), or the Poultry Products Inspection Act (21 U.S.C. 451 et seq.), and the Poultry Products Inspection Regulations (9 CFR 381 et seq.), or both I CERTIFY that all statements made herein are true to the best of my knowledge and belief.
WARNING: Persons willfully making false, fictitious, or fraudulent statements or entries are subject to $10,000 fine or imprisoned not more than five years or both as prescribed by Title 18 U.S. Code 1001.

This is an Equal Opportunity Program. If you believe you have been discriminated against because of race, color, religion, sex, national origin, age or handicap, write immediately to the Secretary of Agriculture or the Administrator, FSIS, Washington, D.C. 20250.

| 26. TYPED NAME OF PERSON SIGNING APPLICATION | SIGNATURE AND TITLE OF OWNER, PARTNER, OR AUTHORIZED OFFICER MAKING THIS APPLICATION | |
|---|---|---|
| Rafael Caballero | 27. SIGNATURE *Rafael Caballero* | 28. TITLE President |
| 29. OFFICIAL NUMBER ASSIGNED/RESERVED EST. 2516 / P. 2516 | | 30. IS THIS PLANT PRESENTLY UNDER STATE INSPECTION (Completed by Regional Office or Import Inspection Div. Dir.) ☐ Yes ☒ NO |

TO BE COMPLETED BY USDA

| 31. DATE RECEIVED 1-28-91 | 32. DATE REVIEWED 1-22-91 | 33. SIGNATURE OF AREA SUPERVISOR OR IMPORT FIELD OFFICE SUPERVISOR |
|---|---|---|
| 34. THIS PLANT TO BE UNDER TALMADGE-AIKEN ACT ☐ YES ☒ NO | 35. SIGNATURE OF REGIONAL DIRECTOR OR IMPORT INSPECTION DIVISION DIRECTOR *Jerry J Booth* | 36. DATE FEB 12 1991 |



# GUSTO'S™

# HEARTLAND

# CHOPPED HAM

## AND WATER PRODUCT
### 30% OF WEIGHT IS ADDED INGREDIENTS

### SUPREME
### DELI QUALITY

**INGREDIENTS: HAM, WATER, DEXTROSE, SALT, CORN SYRUP, SODIUM PHOSPHATE, SODIUM ERYTHORBATE, SODIUM NITRITE.**

U.S. INSPECTED AND PASSED BY DEPARTMENT OF AGRICULTURE EST.5695

7 12926 04010 6

**KEEP REFRIGERATED**

| Nutrition Facts | | |
|---|---|---|
| Serving Size 2 oz. (56g) | | |
| Servings Per Container 40 | | |
| **Amount Per Serving** | | |
| Calories 130 | Calories from Fat 100 | |
| | | % Daily Value* |
| Total Fat 11g | | 16% |
| Saturated Fat 4g | | 20% |
| Cholesterol 25mg | | 8% |
| Sodium 740mg | | 31% |
| Total Carbohydrate 4g | | 1% |
| Dietary Fiber 0g | | 0% |
| Sugars 3g | | |
| Protein 6g | | |
| Vitamin A 0% • Vitamin C | | 2% |
| Calcium 0% • Iron | | 0% |
| *Percent Daily Values are based on a 2,000 calorie diet. | | |



GUSTO PACKING COMPANY
MONTGOMERY, ILLINOIS 60538    **NET WT. 5 LBS.**



BILL OF SALE

KNOW ALL MEN BY THESE PRESENTS:

That Tyson Foods, Inc. (Tyson) for and in consideration of the sum of __$250,000.00__ , the receipt* of which is hereby acknowledged, do hereby grant, bargain, sell, transfer and deliver unto _Gusto Packing Company__ the following described equipment:

Equip #        Description                                                    Price
Chill Tanks (South East)
- #1 Single
- #2/3 Double
- #4 Single
- #41/2 Single
- #5/6 Double
- #7/8 Double
- #9 Single
- Cook tanks added later via email
    1. #12 single cook
    2. #13,14 double cook

Overhead Cranes for included Tanks
- (13) Demag 460volt Type DKUN 10-1000 KV1 3.48 hp 4400 lbs. capacity
- All electrical track for included for these cranes – only track assembly over the tanks included in the package to be included.
- Customer to choose which cranes from grouping
- Non-Structural Steel used for crane assemblies including:
- (60) 4" square tube columns 12' long
  (10) 8" I beams 65' long (has electrical rail)
  (3) 8" I beams 40' long (has electrical rail)
  (6) 8" W beams 75' long
  (3) 8" W beams 24' long

Complete Loaf removal and pack system (100170174)
- Gorbel lifting system
- Salwasser case packer with labeler
- Box erector and Little David case sealer
- Any spare parts for this equipment
- Any other items included but not listed for this equipment

Titan heated air make-up unit (4500 cfm)
- Located on roof by north chiller

- Complete with all controls for unit operation

Water Tanks on Roof
- (2) Mild Steel Epoxy Coated Tanks with S/S liners, 13,000 gallon capacity each, Installed 1998
- All piping associated with these pumps and tanks, approximately 200' with various fittings and valves

Gusto Packing will be responsible to close up and secure wall opening from tank removal. If wood is used it must be treated lumber.

Package Price on all listed above is $250,000.00 US

All Removal and transportation of equipment is buyer's responsibility.

Payment for package must be via paid in full to Equipment Exchange prior to February 23rd as EEC will have to wire transfer funds to Tyson on or before February 26, 2007.

| Total | | |
|---|---|---|
| | Total price | $250,000.00 |
| | Less EE % | $20,000 |
| | Tyson Share | $230,000 |

Located in:    Independence, Iowa Tyson facilities

This sale retires Asset #s: 100170207, 100170346, 100170348, 100170351, 100170390, 100170394, 100170183, 100170437, 100170293, 100193633, 100170811, 100170812, 100170813, 100186816, 100187775, 100187776, 100187777, 100188854, 100188855, 100188856, 100201018, 100201019, 100202947, 100202948, 100170378, 100170174, 100221250, 100221251, 100187769, 100187770, 100187768, 100187771, 100187772, 100187773, 100170282

Loading other than at Russellville will be at the buyer's expense. Buyer responsible for removal costs and following Tyson safety policies for safe removal. Buyer assumes all liability for damage or injury during removal process. Building must be restored to same condition found before removal.

SUCH EQUIPMENT IS SOLD "AS IS, WHERE IS" AND WITH ALL FAULTS. THERE ARE NO WARRANTIES EITHER WRITTEN OR ORAL. THE EQUIPMENT IS OWNED BY THE SELLER AND FREE FROM ALL ENCUMBRANCES. ALL IMPLIED WARRANTIES, INCLUDING THE IMPLIED WARRANTY OF MERCHANTIBILITY AND THE IMPLIED WARRANTY FOR A PARTICULAR PURPOSE ARE DISCLAIMED. THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE HEREOF.

ALL SALES ARE CONSIDERED FINAL AT TIME OF RECEIPT OF PAYMENT. RETURNS, REFUNDS, AND EXCHANGES ARE NOT PERMITTED. ITEMS NOT PICKED UP WITHIN 90 DAYS FROM THE DATE BELOW SHALL BE FORFEITED ALONG WITH FUNDS RECEIVED BY THE SELLER. THESE ITEMS AND FUNDS SHALL BE CONSIDERED COMPENSATION FOR LIQUIDATED DAMAGES.

IN WITNESS WHEREOF, the Grantor has hereunto set it's hand, this _16th_ day of _February  2007_

TYSON FOODS, INC.

By _____

Date ____2/16/07_____

BSALE539.doc



GUSTO

EXTRA LEAN

KEEP REFRIGERATED

SUPREME DELI QUALITY

## COOKED HAM

### AND WATER PRODUCT
### THIRTY FIVE PERCENT OF WEIGHT IS ADDED INGREDIENTS

CURED WITH: WATER, SALT, SUGAR, DEXTROSE, MODIFIED CORN STARCH, SODIUM PHOSPHATE, SODIUM ERYTHORBATE, SODIUM NITRITE.

U.S. INSPECTED AND PASSED BY DEPARTMENT OF AGRICULTURE EST. 2516

7 12926 02021 4

**GUSTO PACKING COMPANY**
**MONTGOMERY, ILLINOIS 60538**

### Nutrition Facts
Serving Size 2 oz. (56g)
Servings Per Container Varied

**Amount Per Serving**

Calories 60   Calories from Fat 20

|  | % Daily Value* |
|---|---|
| **Total Fat** 2g | 3% |
| Saturated Fat 1g | 3% |
| Trans Fat 0g | |
| **Cholesterol** 20mg | 8% |
| **Sodium** 620mg | 26% |
| **Total Carbohydrate** 3g | 1% |
| Sugars 2g | |
| **Protein** 6g | |

Iron 4%

Not a significant source of dietary fiber, Vitamin A, Vitamin C, and Calcium.
*Percent Daily Values are based on a 2,000 calorie diet.





**KEEP REFRIGERATED**

# GUSTO
**THICK SLICED**

## APPLEWOOD SMOKED BACON

CURED WITH: WATER, SALT, SUGAR, SODIUM PHOSPHATE, SODIUM ERYTHORBATE, APPLE CONCENTRATE, SODIUM NITRITE, CITRIC ACID, FLAVORINGS.

NET WT 80 OZ. (5 LBS)

U.S. INSPECTED AND PASSED BY DEPARTMENT OF AGRICULTURE EST. 2516

GUSTO PACKING COMPANY INC. • MONTGOMERY, ILLINOIS 60538

## Nutrition Facts
Serving Size 1/2 oz. Fried (14g)
Servings Per Container 60

**Amount Per Serving**

Calories 90    Calories from Fat 60

**% Daily Value***

| | |
|---|---|
| Total Fat 7g | 11% |
| Saturated Fat 2.5g | 13% |
| Trans Fat 0g | |
| Cholesterol 15mg | 5% |
| Sodium 240mg | 10% |
| Total Carbohydrate 0g | 0% |
| Protein 5g | |
| Iron 2% | |

Not a significant source of dietary fiber, sugars, vitamin A, vitamin C and calcium.

*Percent Daily Values are based on a 2,000 calorie diet.

### SAFE HANDLING INSTRUCTIONS
THIS PRODUCT WAS PREPARED FROM INSPECTED AND PASSED MEAT AND/OR POULTRY. SOME FOOD PRODUCTS MAY CONTAIN BACTERIA THAT COULD CAUSE ILLNESS IF THE PRODUCT IS MISHANDLED OR COOKED IMPROPERLY. FOR YOUR PROTECTION, FOLLOW THESE SAFE HANDLING INSTRUCTIONS.

KEEP REFRIGERATED OR FROZEN. THAW IN REFRIGERATOR OR MICROWAVE.

KEEP RAW MEAT AND POULTRY SEPARATE FROM OTHER FOODS. WASH WORKING SURFACES (INCLUDING CUTTING BOARDS), UTENSILS AND HANDS AFTER TOUCHING RAW MEAT OR POULTRY.

COOK THOROUGHLY.

KEEP HOT FOODS HOT. REFRIGERATE LEFTOVERS IMMEDIATELY OR DISCARD.

### Preparation Instructions:
**To Pan Fry:** Arrange bacon slices in a single layer in unheated skillet. Cook bacon over medium heat for 8 to 10 minutes, turning occasionally. Cook to desired crispness. Drain bacon on paper towel before serving.

7  12926 05155  3







## GUSTO's

### Heartland

### COOKED HAM AND WATER PRODUCT

**THIRTY FIVE PERCENT OF WEIGHT IS ADDED INGREDIENTS**

**PORTION OF GROUND HAM ADDED**

EXTRA LEAN

CURED WITH: WATER, SALT, SUGAR, DEXTROSE MODIFIED FOOD STARCH, SODIUM PHOSPHATE SODIUM ERYTHORBATE, SODIUM NITRITE

U.S. INSPECTED AND PASSED BY DEPARTMENT OF AGRICULTURE EST. 2516

**KEEP REFRIGERATED**

**GUSTO PACKING COMPANY, INC.
MONTGOMERY, ILLINOIS 60538**

**Nutrition Facts**
Serving Size 2 oz. (56g)
Servings Per Container Varied

| Amount Per Serving | |
|---|---|
| Calories 60 | Calories from Fat 20 |

| | % Daily Value* |
|---|---|
| **Total Fat** 2g | 3% |
| Saturated Fat 1g | 3% |
| Trans Fat 0g | |
| **Cholesterol** 20mg | 8% |
| **Sodium** 620mg | 26% |
| **Total Carbohydrate** 3g | 1% |
| Sugars 2g | |
| **Protein** 6g | |

Iron 4%

Not a significant source of dietary fiber, Vitamin A, Vitamin C and Calcium.

*Percent Daily Values are based on a 2,000 calorie diet.

# Swan Label & Tag Co.    #820T

P.O. Box 308 ◆ Coraopolis, PA 15108
Phone: (412) 264-9000 ◆ Fax: (412) 264-7259
Web Address: www.swanlabel.com

**CUSTOMER:** GUSTO PACKING
2125 ROCHESTER DRIVE
MONTGOMERY, IL 60538

**DATE:** 4/22/08

**CONTACT:** RALPH

**DESCRIPTION:** #820T GUSTO'S HEARTLAND CHOPPED HAM WATER ADDED
BILINGUAL 10 LB LABEL

**STOCK:** WHITE BOPP
LAMINATION

**SIZE:** 5 5/8" X 3" DIE CUT

**COLORS:** 186 RED, 170 ORANGE, BLACK, 176 PINK

**FINISHING:** ROLLS OF 500, 3" CORE, #2 UNWIND

**DELIVERY:** FOB CORAOPOLIS, PA



INK COLORS: RED

UNITED JT 153811    3/19/08











## Gusto Packing Company

### Montgomery, Illinois 60538

**GUSTO PACKING COMPANY, INC.**
2125 Rochester Drive
Montgomery, IL 60538

Telephone: 630-896-8608
Fax: 630-896-9698

77172

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER



**GUSTO PACKING CO., INC.**
2125 ROCHESTER DR.
MONTGOMERY, IL 60538
PH: 630-896-8608



**BENCHMARK BANK**
AURORA, IL • RANSOM, IL • SENECA, IL • VERONA, IL
PH. 630-859-9000
70-1640/719

DATE                    AMOUNT

PAY
TO THE
ORDER
OF

VOID AFTER 60 DAYS



 SECURITY FEATURES INCLUDED. DETAILS ON BACK.

**GUSTO PACKING CO., INC.**  MONTGOMERY, IL 60538

77172











