IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| GUSTO PACKING CO., INC. | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. |
| v. | ) ) | |
| TYSON FOODS, INC. | ) ) | |
| Defendant. | ) ) ) | |

FILED: JUNE 3, 2008
08CV3208          TG
JUDGE ANDERSEN
MAGISTRATE JUDGE NOLAN

**PLAINTIFF GUSTO PACKING COMPANY, INC.
NOTIFICATION PURSUANT TO LOCAL RULE 3.2**

Plaintiff, Gusto Packing Co., Inc. makes the following disclosure pursuant to Local Rule 3.2.  Gusto Packing Co., Inc. has no parent corporations and no publicly held company owns ten percent (10%) or more of their stock.

Dated: June 3, 2008                Respectfully submitted,

By:   / Kevin W. Guynn
Kevin W. Guynn (ARDC# 03124379)
GREER, BURNS & CRAIN, LTD.
300 South Wacker Drive
Suite 2500
Chicago, Illinois  60606
Telephone:  (312) 360-0080