IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GUSTO PACKING CO., INC. | ) ) ) ) ) ) ) ) ) ) ) | FILED: JUNE 3, 2008<br>08CV3208        TG<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE NOLAN |
| Plaintiffs, | | |
| v. | | Civil Action No. |
| TYSON FOODS, INC. | | |
| Defendant. | | |

## NOTICE OF TRADEMARK SUIT

Please take notice, pursuant to 15 U.S.C. § 1116 (c), that on June 2, 2008, the above-referenced Action was filed in the United States District Court for the Northern District of Illinois, Eastern Division, alleging, among other things, infringement of U.S. Registration Nos. 1,878,749; 1,882,367 and 2,970,688,

The names and addresses of the parties are as follows:

1. Plaintiff, Gusto Packing Co., Inc. ("Gusto") is an Illinois corporation and has a place of business at 2125 Rochester Drive, Montgomery, Illinois 60538.

2. On information and belief, defendant Tyson Foods, Inc. ("Tyson") is a Delaware corporation with a place of business at 2210 West Oaklawn Drive, Springdale, AK 72764.

Dated:  June 3, 2008                              Respectfully submitted,


                                          By:    /Kevin W. Guynn
                                                 Kevin W. Guynn (ARDC# 03124379)
                                                 GREER, BURNS & CRAIN, LTD.
                                                 300 South Wacker Drive
                                                 Suite 2500
                                                 Chicago, Illinois  60606
                                                 Telephone:  (312) 360-0080