**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Gusto Packing Co., Inc.
                      Plaintiff,

v.                                       Case No.: 1:08−cv−03208
                                            Honorable Wayne R. Andersen

Tyson Foods, Inc.
                      Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 17, 2008

                                                                     /s/ Wayne R. Andersen

                                                                    United States District Judge