**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Gusto Packing Co., Inc.
                       Plaintiff,

v.                                          Case No.: 1:08−cv−03208
                                                   Honorable Wayne R. Andersen

Tyson Foods, Inc.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

     MINUTE entry before the Honorable Nan R. Nolan: Status hearing held and continued to 8/20/2008 at 09:00 AM. Parties are to exchange Rule 26(a) disclosures by 7/29/08. Parties will designate any expert witnesses and provide the disclosure required by 8/15/08. All expert reports are to be served by 9/16/08. Parties will disclose any expert rebuttal opinion by 9/30/08. All fact and expert discovery will be completed by 10/15/08. Jury Trial is set for 12/1/08 at 9:00 a.m. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.