FILED
JUL 09 2008
Jul 9, 2008
Magistrate Judge Sidney I. Schenkier
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Consent to Exercise of Jurisdiction
By a United States Magistrate Judge

Case Title:

Gusto Packing Co., Inc.

V.

Tyson Foods, Inc.

Case Number: 08 CV 3208

Assigned Judge: Andersen

Designated Magistrate Judge: Nolan

Names of Parties:

Gusto Packing Co., Inc.

Tyson Foods, Inc.

In accordance with the provisions of Title 28 U.S.C.§636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

7/9/08
Date

_____
Signature

7/9/08
Date

_____
Signature

_____
Date

_____
Signature

_____
Date

_____
Signature

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.