IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUSTO PACKING CO., INC., an Illinois corporation, | ) ) ) Case No. 1:08-cv-3208 |
| Plaintiff/Counter-defendant, | ) ) |
| | ) Judge Andersen |
| v. | ) Magistrate Judge Nolan ) |
| TYSON FOODS, INC., a Delaware corporation, | ) ) ) ) |
| Defendant/Counter-plaintiff. | ) |

## NOTICE OF MOTION

To: Kevin W. Guynn
Greer, Burns & Crain, LTD.
Suite 2500
300 South Wacker Drive
Chicago, Illinois 60606

John Duggan
Duggan Law Offices
181 S Lincolnway
North Aurora, Illinois 60542

PLEASE TAKE NOTICE that on Thursday, July 17, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Tyson Foods, Inc., shall appear before the Magistrate Judge Nan R. Nolan, or any Judge sitting in her stead, in the Courtroom usually occupied by Judge Nan R. Nolan, or any Judge sitting in her stead, at the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, 1858, Chicago, Illinois, and shall then and there present for consideration a **MOTION TO STRIKE AND DISMISS PLAINTIFF'S AMENDMENT TO THE COMPLAINT**, a copy of which is hereby served upon you.

July 14, 2008                              Respectfully,

                                           Tyson Foods, Inc.


                                           By:  s/ Robert E. Browne
                                                One of its attorneys


Robert E. Browne (ARDC# 032 1761)
Michael G. Kelber (ARDC# 623 1033)
Lara V. Hirshfeld (ARDC# 627 7477)
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 2200
Chicago, IL  60602-3801
Telephone:  (312) 269-8000
Facsimile:  (312) 269-1747

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the foregoing MOTION TO STRIKE AND DISMISS has been served upon the individuals listed below via the CM/ECF electronic filing service system on this 14th day of July 2008:

    Kevin W. Guynn
    Greer, Burns & Crain, LTD.
    Suite 2500
    300 South Wacker Drive
    Chicago, Illinois 60606

    John Duggan
    Duggan Law Offices
    181 S Lincolnway
    North Aurora, Illinois 60542

                                            s/Lara V. Hirshfeld
                                              Lara V. Hirshfeld

NGEDOCS: 1547497.1