UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Gusto Packing Co., Inc.
                Plaintiff,

v.                                      Case No.: 1:08−cv−03208
                                            Honorable Wayne R. Andersen

Tyson Foods, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 18, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Minute order dated 07/17/08 is amended as follows: Motion hearing held. Defendant's Motion to Strike and Dismiss [20] is withdrawn as advised in open court. Plaintiff's Motion for Leave to Amend Complaint is due by 07/25/08. Defendant's response is due by 08/08/08. Status hearing is set for 08/20/08 at 9:00 a.m.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.