**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GUSTO PACKING CO., INC., an Illinois Corporation, | ) ) ) Case No. 1:08-cv-3208 |
| Plaintiff, | ) ) |
| v. | ) Judge Andersen ) Magistrate Judge Nolan |
| TYSON FOODS, INC., a Delaware corporation, | ) ) |
| Defendant. | ) |

**CORPORATE DISCLOSURE STATEMENT
PURSUANT TO RULE 7.1 AND LOCAL RULE 3.2**

Tyson Foods, Inc. states that it is a publicly owned company and that it has no parent corporation. The following publicly held companies or investment funds hold more than 5% ownership interest in its stock: Tradewinds Global Investors, LLC; Eastbourne Capital Management, LLC; Goldman Sachs Group Inc.; Fidelity Management & Research Company; NWQ Investment Management, LLC; and Barclays Global Investors UK.

Dated: July 24, 2008

Respectfully Submitted,

By:   /s/   Robert E. Browne
One of the Attorneys for Defendant,
Tyson Foods, Inc.

Robert E. Browne (ARDC# 032 1761)
Michael G. Kelber (ARDC# 623 1033)
Lara V. Klapper (ARDC# 627 7477)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 2200
Chicago, Illinois  60602
Telephone:  (312) 269-8000
Facsimile:  (312) 269-1747

- 2 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the foregoing CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 AND LOCAL RULE 3.2 has been served upon the individuals listed below via the CM/ECF electronic filing service system on this 24th day of July 2008:

>Kevin W. Guynn
>Greer, Burns & Crain, LTD.
>Suite 2500
>300 South Wacker Drive
>Chicago, Illinois 60606
>
>John Duggan
>Duggan Law Offices
>181 S Lincolnway
>North Aurora, Illinois 60542

>　　　/s/Lara V. Klapper　　　
>　　　Lara V. Klapper