UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Gusto Packing Co., Inc.
                              Plaintiff,

v.                                         Case No.: 1:08−cv−03208
                                                Honorable Wayne R. Andersen

Tyson Foods, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Nan R. Nolan: Minute order dated 07/18/08 − docket entry [20] is amended only as follows: Plaintiff's amended complaint to be filed by 07/25/08. Defendant's to answer or otherwise plead no later than 08/08/08. Status hearing set for 08/20/08 at 9:00 a.m. to stand.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.