IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUSTO PACKING CO., INC., an Illinois corporation,<br><br>    Plaintiff/Counter-defendant,<br><br>v.<br><br>TYSON FOODS, INC., a Delaware corporation,<br><br>    Defendant/Counter-plaintiff. | Case No. 1:08-cv-3208<br><br>Magistrate Judge Nolan |

## NOTICE OF MOTION

To: Kevin W. Guynn
   Greer, Burns & Crain, LTD.
   Suite 2500
   300 South Wacker Drive
   Chicago, Illinois 60606

   John Duggan
   Duggan Law Offices
   181 S Lincolnway
   North Aurora, Illinois 60542

PLEASE TAKE NOTICE that on Tuesday, August 5, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Tyson Foods, Inc., shall appear before the Magistrate Judge Nan R. Nolan, or any Judge sitting in her stead, in the Courtroom usually occupied by Judge Nan R. Nolan, or any Judge sitting in her stead, at the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, 1858, Chicago, Illinois, and shall then and there present for consideration a **DEFENDANT'S MOTION TO COMPEL ENTRY OF PROTECTIVE ORDER,** a copy of which is hereby served upon you.

July 31, 2008                                      Respectfully,

                                                   Tyson Foods, Inc.


                                                   By:  s/ Robert E. Browne
                                                        One of its attorneys

Robert E. Browne (ARDC# 032 1761)
Michael G. Kelber (ARDC# 623 1033)
Lara V. Klapper (ARDC# 627 7477)
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 2200
Chicago, IL  60602-3801
Telephone:  (312) 269-8000
Facsimile:  (312) 269-1747

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the foregoing DEFENDANT'S MOTION TO COMPEL ENTRY OF PROTECTIVE ORDER has been served upon the individuals listed below via the CM/ECF electronic filing service system on this 31st day of July 2008:

>Kevin W. Guynn
>Greer, Burns & Crain, LTD.
>Suite 2500
>300 South Wacker Drive
>Chicago, Illinois 60606
>
>John Duggan
>Duggan Law Offices
>181 S Lincolnway
>North Aurora, Illinois 60542

>_____s/Lara V. Klapper_____
>Lara V. Klapper

NGEDOCS: 1553130.1