## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Gusto Packing Co., Inc.
          Plaintiff,

v.                                      Case No.: 1:08−cv−03208
                                            Honorable Nan R. Nolan

Tyson Foods, Inc.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

    MINUTE entry before the Honorable Nan R. Nolan:Motion hearing held. Defendant's Motion to Compel [28] is entered and continued and is briefed as follows: response to be filed by 08/08/08, reply brief is due by 08/12/08. Status hearing previously set for 08/20/08 at 9:00 a.m. to stand. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.