IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUSTO PACKING CO., INC., ) <br> ) <br> Plaintiff, Counter-Defendant ) <br> ) <br> v. ) <br> ) <br> TYSON FOODS, INC., ) <br> ) <br> Defendant, Counter-Plaintiff ) <br> _____ ) | Case No. 1:08-CV-3208 <br><br> Magistrate Judge Nolan |

**STIPULATED ORDER OF DISMISSAL**

This action has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that Plaintiff, Gusto Packing Co., Inc., ("Gusto") and Tyson Foods, Inc. ("Tyson") have entered into a Settlement Agreement and have agreed to a compromise and settlement of this Civil Action.

WHEREFORE, with the consent of Gusto and Tyson, through their undersigned attorneys, it is hereby ORDERED, ADJUDGED and DECREED that:

1.   This Action is dismissed with prejudice.

2

    2.    Each party shall bear its own costs and attorneys' fees.

| GUSTO PACKING CO., INC. | TYSON FOODS, INC. |
|---|---|
| s/ Kevin W. Guynn | s/Robert E. Browne |
| Kevin W. Guynn (IL Bar No. 3124379) | Robert E. Browne (IL Bar No. 3211761) |
| GREER, BURNS & CRAIN, LTD. | Michael G. Kelber (IL Bar No. 6231033) |
| 300 S. Wacker Drive, Suite 2500 | Lara V. Klapper (IL Bar No. 6277477) |
| Chicago, Illinois 60606 | NEAL, GERBER & EISENBERG LLP |
| Telephone: (312) 360-0080 | Two North LaSalle Street |
| Facsimile: (312) 360-9315 | Suite 2200 |
|  | Chicago, Illinois 60602 |
| John Duggan (IL Bar No. 688223) | Telephone: (312) 269-8000 |
| DUGGAN LAW OFFICES | Facsimile: (312) 269-1747 |
| 181 S. Lincolnway |  |
| North Aurora, Illinois 60542 |  |
| Telephone: (630) 264-7893 |  |
| Facsimile: (877) 300-7451 |  |

Dated: AUGUST 27, 2008

ENTERED: AUGUST   , 2008

                                                                    United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **STIPULATED ORDER OF DISMISSAL** has been forwarded to Attorney for Defendant, at the following address:

>Robert E. Browne
>Michael G. Kelber
>Lara V. Klapper
>Neal, Gerber & Eisenberg LLP
>Two North LaSalle Street
>Suite 2200
>Chicago, IL 60602

by e-mail by agreement between the parties on this 27th day of August, 2008

>/s/  Kevin W. Guynn
>Kevin W. Guynn
>Attorney for Plaintiff