Order Form (01/2005)

# United States District Court, Northern District of Illinois

*H HN*

| Name of Assigned Judge or Magistrate Judge | Nan Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3208 | **DATE** | 08/28/08 |
| **CASE TITLE** | Gusto Packing Co., Inc. Vs. Tyson Foods, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Stipulated Order of Dismissal. This case is hereby dismissed with prejudice and each party shall bear its own costs and attorneys' fees.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 AUG 33 PH 3: 45
FILED-CRN