MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GUSTO PACKING CO., INC., | ) | |
| | ) | |
| Plaintiff, Counter-Defendant | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CV-3208 |
| | ) | |
| TYSON FOODS, INC., | ) | |
| | ) | Magistrate Judge Nolan |
| Defendant, Counter-Plaintiff | ) | |
| | ) | |

### STIPULATED ORDER OF DISMISSAL

This action has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that Plaintiff, Gusto Packing Co., Inc., ("Gusto") and Tyson Foods, Inc. ("Tyson") have entered into a Settlement Agreement and have agreed to a compromise and settlement of this Civil Action.

WHEREFORE, with the consent of Gusto and Tyson, through their undersigned attorneys, it is hereby ORDERED, ADJUDGED and DECREED that:

1. This Action is dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

| GUSTO PACKING CO., INC. | TYSON FOODS, INC. |
|---|---|
| s/ Kevin W. Guynn<br>Kevin W. Guynn (IL Bar No. 3124379)<br>GREER, BURNS & CRAIN, LTD.<br>300 S. Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>Telephone: (312) 360-0080<br>Facsimile: (312) 360-9315<br><br>John Duggan (IL Bar No. 688223)<br>DUGGAN LAW OFFICES<br>181 S. Lincolnway<br>North Aurora, Illinois 60542<br>Telephone: (630) 264-7893<br>Facsimile: (877) 300-7451 | s/Robert E. Browne<br>Robert E. Browne (IL Bar No. 3211761)<br>Michael G. Kelber (IL Bar No. 6231033)<br>Lara V. Klapper (IL Bar No. 6277477)<br>NEAL, GERBER & EISENBERG LLP<br>Two North LaSalle Street<br>Suite 2200<br>Chicago, Illinois 60602<br>Telephone: (312) 269-8000<br>Facsimile: (312) 269-1747 |

Dated: AUGUST 27, 2008

ENTERED: AUGUST 28 2008

_____
United States District Court Judge

2